**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KATHLEEN Y. JORDAN,** | ) | **CASE NO. 1:05CV1066** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **Judge John M. Manos** |
| **UNITED STATES DEPARTMENT OF EDUCATION,** | ) ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

Pursuant to the memorandum of opinion issued in this case on this date, the United States Department of Education's motion for summary judgment (Docket No. 18) is **GRANTED**. This case is hereby dismissed, with prejudice. Each party to bear its own costs.

**IT IS SO ORDERED.**

**Date: May 10, 2006**         */s/ John M. Manos*
                              **UNITED STATES DISTRICT JUDGE**